**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Samuel E.A.H., Case No. 26-cv-1829 (KMM/ECW)

Petitioner,

v. **ORDER**

Pamela Bondi, et al.,

Respondents.

---

**IT IS HEREBY ORDERED THAT**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Samuel E.A.H. by no later than **12:00 pm on March 16, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer shall include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

   c. Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Belsai D.S. v. Bondi*, No. 25-CV-3682 (KMM/EMB), 2025 WL 2802947 (D. Minn. Oct. 1, 2025);

   d. Respondents' view as to whether Petitioner's arrest by immigration authorities was made pursuant to a judicial or administrative warrant. If based upon an administrative warrant, Respondents shall provide the following information by affidavit or declaration: (i) the date the warrant was issued; (ii) the time of day the warrant was issued;

(iii) whether the warrant was issued prior to Petitioner's arrest; (iv) the identity and responsibilities of the individual who issued the warrant. Respondents must also submit a reasoned memorandum of law addressing whether the warrant, its issuance, and its execution comply with applicable statutory and regulatory requirements.; and

e. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to respondents' answer, she must do so by no later than **12:00 pm on March 18, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: March 11, 2026

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge